**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PAUL ANDRE CUEVAS * | |
| PLAINTIFF * | |
| * | CIVIL ACTION NO. _____ |
| VS. * | |
| * | COMPLAINT AND DEMAND |
| CAPITAL ONE, N.A. * | FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

**I. INTRODUCTION**

1. The Plaintiff brings this individual action for damages based upon Defendant's unlawful credit practices. The complaint alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as "FCRA") for unauthorized inquiries into plaintiff's consumer reports. Plaintiff seeks actual damages, punitive damages, costs and attorney fees under the FCRA.

**II. JURISDICTION**

2. Jurisdiction of this court arises under 15 U.S.C. §§ 1681p, 28 U.S.C. §§ 1331 and 1337.

**III. PARTIES**

3. Plaintiff, Paul Andre Cuevas ("plaintiff" or Mr. Cuevas") is a natural person above the age of majority residing in East Baton Rouge Parish, State of Louisiana. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4. Defendant, Capital One, N.A. (hereinafter referred to as "defendant" or "Capital One") is a national bank doing business in the state of Louisiana which can be served through its chief executive officer, Richard Fairbank, 1680 Capital One Drive, McLean, Virginia

22102.

## IV. FACTUAL ALLEGATIONS

5. Mr. Cuevas had a home equity line of credit ("line of credit") with defendant Capital One, N.A. which was discharged in a chapter 7 bankruptcy filed in the United States Bankruptcy Court in and for the Middle District of Louisiana, Case Number 13-10728.

6. This discharge order was signed on September 4, 2013.

7. Despite this order of discharge, notice of which was provided to defendant, defendant has contracted with CoreLogic Credco ("Credco"), a consumer reporting agency which is a reseller of consumer reports, to obtain or pull consumer reports on Mr. Cuevas.

8. These consumer reports were pulled by Capital One through its agent, CoreLogic Credco on Mr. Cuevas on two separate occasions, April 18, 2016 and September 8, 2016, in conjunction with this line of credit.

9. These consumer reports were pulled from all three major consumer reporting agencies ("credit bureaus"), Equifax Information Services, L.L.C., Experian Information Solutions, Inc., and Trans Union LLC, on both of these dates.

10. Defendant Capital One did not have a permissible purpose for obtaining or pulling these consumer reports on Mr. Cuevas as his personal liability for the line of credit was discharged.

## COUNT I - FAIR CREDIT REPORTING ACT

11. The foregoing acts and omissions of Defendant willfully and/or negligently fail to comply with the requirements of the FCRA, specifically section 1681b(f).

12. As a direct and proximate result of the foregoing acts and omissions of

defendant, plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress and inconvenience, for which he should be compensated in amounts to be proven at trial.

13. The acts complained of herein were done by defendant intentionally, purposefully, and/or in reckless disregard of the rights of plaintiff.

14. Defendant is liable to plaintiff for actual damages, punitive damages, attorney fees, and costs.

WHEREFORE, plaintiff respectfully requests that judgment be entered against defendant Capital One, N.A. for:

(a) the greater of statutory or actual damages for each of the six unauthorized inquiries into Mr. Cuevas' consumer reports as to Count I;

(b) punitive damages as to Count I pursuant to 15 U.S.C. § 1681n;

(c) attorney's fees pursuant to 15 U.S.C. § 1681n and/or § 1681o as to Count I;

(d) costs; and

(e) for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

> s/Garth J. Ridge
> **GARTH J. RIDGE**
> Attorney for Plaintiff
> Bar Roll Number:  20589
> 251 Florida Street, Suite 301
> Baton Rouge, Louisiana 70801
> Telephone Number:  (225) 343-0700
> Facsimile Number: (225) 343-7700
> E-mail: GarthRidge@aol.com