# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL ANDRE CUEVAS | * |
| PLAINTIFF | * |
| | *  CIVIL ACTION NO. 17-694-JWD-RLB |
| VS. | * |
| | * |
| CAPITAL ONE, N.A. | * |
| DEFENDANT | * |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Paul Andre Cuevas, plaintiff herein, who notifies the court that he has settled his claims against defendant Capital One, N.A., and requests the court enter a conditional dismissal of his claims.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of June, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Garth J. Ridge
**GARTH J. RIDGE**
Bar Roll Number:  20589
Attorney for Plaintiff
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com