**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**PAUL ANDRE CUEVAS,**

    **Plaintiff,**

                                 **CASE NO.: 3:17-cv-00694-JWD-RLB**

**v.**

**CAPITAL ONE, N.A.,**

    **Defendant.**

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Paul Andre Cuevas ("Plaintiff") and Defendant Capital One, N.A. ("Capital One") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate that all claims in this action be dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses. A proposed Order is attached hereto as Exhibit "A."

Respectfully submitted this 29th day of August, 2018.

                                                  */s/ Eli J. Hare*
                                                  Eli J. Hare (La. Bar No. 36752)
                                                  Burr & Forman, LLP
                                                  420 N. 20th Street, Suite 3400
                                                  Birmingham, AL 35203
                                                  Telephone:    205-251-3000
                                                  Facsimile:     205-244-5721
                                                  E-mail:         ehare@burr.com
                                                  *Attorney for Defendant Capital One, N.A.*

-and-

*/s/Garth J. Ridge*

Garth J. Ridge (La. Bar No. 20589)
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone:     225-343-0770
Facsimile:     225-343-7700
E-mail:        GarthRidge@aol.com
*Attorney for Plaintiff Paul Andre Cuevas*