UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**PAUL ANDRE CUEVAS,**

    **Plaintiff,**

v.                                       **CASE NO.: 3:17-cv-00694-JWD-RLB**

**CAPITAL ONE, N.A.,**

    **Defendant.**

---

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Paul Andre Cuevas ("Plaintiff") and Defendant Capital One, N.A.'s ("Capital One") (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice. Having reviewed and considered the Joint Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the Joint Stipulation of Dismissal is GRANTED, and this case and any and all claims asserted therein are DISMISSED WITH PREJUDICE, with each Party to bear its own fees, costs and expenses.

DONE and ORDERED, this  30th  day of  August , 2018.

                                                          UNITED STATES DISTRICT JUDGE